UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD B. RAGAN,<br><br>            Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, and UNKNOWN NAMED EMPLOYEE(S) OF THE FEDERAL BUREAU OF INVESTIGATION, in their individual and official capacities,<br><br>            Defendants. | NO: 2:17-CV-100-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulated Motion for Voluntary Dismissal with Prejudice, ECF No. 3. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

   1. The parties' Stipulated Motion for Voluntary Dismissal with Prejudice, **ECF No. 3**, is **GRANTED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** May 10, 2017.

                                      *s/ Rosanna Malouf Peterson*
                              ROSANNA MALOUF PETERSON
                                United States District Judge